IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DEBBIE D. BACK, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:09cv469 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| COMMISSIONER OF SOCIAL SECURITY, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on October 7, 2009 (Doc. 6), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 28, 2009, hereby ADOPTS said Report and Recommendations.

The Court received the certified mail issued to plaintiff back as Undeliverable/Unclaimed" (Doc. 7).

Accordingly, the defendant has established "good cause" for remand under sentence six of 42 U.S.C. § 405 (g) therefore this case is **REMANDED** for further administrative action pursuant to that portion of the Act.

IT IS SO ORDERED.

    s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court